KAHIUKA, K., AND AKAHI, W., *vs.* HIKAALANI HOBRON AND E. C. HOBRON, HER HUSBAND.

In this case the relationship relied upon by the plaintiffs is that of grand-uncle to decedent. The reasoning in the case of Makea, k., *vs.* Nalua, k., will apply, and the verdict must stand.